THE STATE OF INDIANA and Others *v.* WHITE WATER TOWN-SHIP OF FRANKLIN COUNTY.

Nov. Term, 1861.

MOORE
v.
BARNETT.

APPEAL from the *Franklin* Circuit Court.

*Per Curiam.*—The judgment is affirmed, in this case, and the injunction made perpetual, on the case of *The State* v. *Springfield, &c.,* 6 Ind. 84.

Tuesday, December 10.

*J. D. Howland,* for the appellant.

*Geo. Holland,* for the appellee.